IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DR. MICHAEL J. DUBIN,

    Plaintiff,

v.                                   Case No. 10 CV 35

                                        Honorable William Conley

BOARD OF MADISON AREA TECHNICAL
COLLEGE DISTRICT and MADISON AREA
TECHNICAL COLLEGE - MADISON,

    Defendants.

---

**PLAINTIFF'S PROPOSED SPECIAL VERDICT - LIABILTY**

---

QUESTION NO. 1: Has plaintiff shown by a preponderance of the evidence that his protected activity was one of the factors that motivated defendant not to renew his employment contract?

ANSWER:  Yes _____   No _____

**If you answer QUESTION NO. 1 yes, then please answer the following question:**

QUESTION NO. 2: Has defendant shown by a preponderance of the evidence that the plaintiff's contract would not have been renewed even if he had not engaged in protected activity?

ANSWER:  Yes _____   No _____

2

Respectfully submitted this 19th day of April, 2011.

>FOX & FOX, S.C.
>
>/s/Randall B. Gold
>
>Randall B. Gold
>Michael R. Fox
>124 West Broadway
>Monona, WI 53716
>Telephone:  608/258-9588
>Facsimile:  608/258-9105 (fax)
>E-mail: rgoldlaw@aol.com

2