UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

DR. MICHAEL J. DUBIN,

    Plaintiff,

v.                                      Case No. 10-CV-35

BOARD OF MADISON AREA TECHNICAL
COLLEGE DISTRICT AND MADISON AREA
TECHNICAL COLLEGE – MADISON,

    Defendants.

---

**DEFENDANTS' SPECIAL VERDICT FORM – LIABILITY AND DAMAGES**

---

DISCRIMINATION CLAIM – LIABILITY

1.     QUESTION: Do you find, by a preponderance of the evidence, that the College intentionally discriminated against Dubin based on his religion, Jewish, in its decision to not renew him as a full-time instructor at the College?

    ANSWER: _____
           (Yes or No)

**If your answer to Question No. 1 is "Yes," go onto the next question. If the answer to Question No. 1 is "No," do not answer any of the following questions.**

2.     QUESTION: Do you find, by a preponderance of the evidence, that the College would have renewed Dubin's contract if he was not Jewish?

    ANSWER: _____
           (Yes or No)

        Dated at Milwaukee, Wisconsin, this _____ day of May, 2011.

                                                          _____
                                                          Foreperson

RETALIATION CLAIM – LIABILITY

1.  QUESTION:  Do you find, by a preponderance of the evidence, that the College intentionally retaliated against Dubin because of any protected complaint of discrimination he made against the College?

    ANSWER: _____
              (Yes or No)


    **If your answer to Question No. 1 is "Yes," go onto the next question.  If the answer to Question No. 1 is "No," do not answer any of the following questions.**


2.  QUESTION:  Do you find, by a preponderance of the evidence, that the College would have renewed Dubin's contract if he had not complained about alleged discrimination?

    ANSWER: _____
              (Yes or No)



                    Dated at Milwaukee, Wisconsin, this _____ day of May, 2011.


                                            _____
                                            Foreperson

## DISCRIMINATION CLAIM – DAMAGES

1. <u>QUESTION</u>:  Do you find, by a preponderance of the evidence, that the College's discriminatory conduct caused Dubin compensatory damages?

    <u>ANSWER</u>: _____
    (Yes or No)

    **If your answer to Question No. 1 is "Yes" then go onto the next question.  If the answer to Question No. 1 is "No," do not answer the following questions.**

2. <u>QUESTION</u>:  What amount of money, if any, will fairly and reasonably compensate Dubin for the damages caused by the College's discrimination?

    <u>ANSWER</u>: $_____

    Dated at Milwaukee, Wisconsin, this _____ day of May, 2011.

    _____
    Foreperson

3

4

## RETALIATION CLAIM – DAMAGES

1. QUESTION: Do you find, by a preponderance of the evidence, that the College's retaliatory conduct caused Dubin compensatory damages?

    ANSWER: _____
        (Yes or No)

    **If your answer to Question No. 1 is "Yes" then go onto the next question. If the answer to Question No. 1 is "No," do not answer the following question.**


2. QUESTION: What amount of money, if any, will fairly and reasonably compensate Dubin for the College's retaliation against him?

    ANSWER: $_____

            Dated at Milwaukee, Wisconsin, this _____ day of May, 2011.


                                    _____
                                    Foreperson

4

Dated this 19th day of April, 2011.

          *s/ Thomas G. O'Day*
Michael D. Huitink, State Bar No. 1034742
Thomas G. O'Day, State Bar No. 1058213
Nelson W. Phillips III, State Bar No. 1028189
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198
Email: mhuitink@gklaw.com
       today@gklaw.com
       nphillips@gklaw.com

*Attorneys for Defendants, Board of Madison Area Technical College District and Madison Area Technical College – Madison*