IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DR. MICHAEL J. DUBIN,

                      Plaintiff,                    ORDER

v.

                                         10-cv-35-wmc

BOARD OF MADISON AREA TECHNICAL
COLLEGE DISTRICT and MADISON AREA
TECHNICAL COLLEGE-MADISON,

                      Defendants.

---

With the final pretrial conference fast approaching, the court provides the following order in an effort to provide more guidance to the parties as they prepare for trial.

        IT IS ORDERED that:

1) As soon as possible, the parties should please submit to the court an electronic copy of their voir dire questions, verdict forms and jury instruction in Microsoft Word format by emailing those documents to wiwd_wmc@wiwd.uscourts.gov

2) On or before Noon on Monday, April 25, 2011, the parties shall provide opposing counsel and the court:

    a) Objections to exhibits.

    b) Responses to opposing parties' voir dire questions, verdict forms, and jury instructions.

3) Counsel are directed to consult in good faith and reach resolution on the admissibility of exhibits to the extent possible.  Each party shall file copies of any remaining *contested* exhibits they intend to offer with the court by 12:00 p.m. on Tuesday, April 26, 2011.

4) The final pre-trial conference shall be held on Tuesday, April 26, 2011 at 4:00 p.m.

5) On or before noon on Wednesday, April 27, 2011, the parties shall provide opposing counsel and the court:

    a) A short, written narrative statement of each expert's background and experience. These statements will be read to the jury and no proof will be received on the matters covered unless an objection to the narrative statement is filed.

    b) A list of portions of depositions, to be offered into evidence at trial, by page and line references for witnesses *unavailable at trial*. Extensive reading from depositions is strongly discouraged. Toward that end, the proponent of a deposition may -- though is not required to -- prepare a written narrative summary of some or all deposition transcripts the party intends to offer into evidence, with annotated page and line references in parenthesis after each sentence, in lieu of part or all of the narrative of questions and answers.

6) On or before Thursday, April 29, 2011, the parties shall provide opposing counsel and the court objections to narrative statements and deposition excerpts or summaries.

7) The trial shall commence Monday, May 2, 2011 at 9:00 a.m. The parties shall meet with the court at 8:00 a.m. that morning for any matters that need to be brought to the court's attention.

Entered this 20th day of April, 2011.

                        BY THE COURT:

                        /s/
                        _____
                        WILLIAM M. CONLEY
                        District Judge