IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DR. MICHAEL J. DUBIN,

      Plaintiff,

v.                                            Case No: 10-cv-35-wmc

BOARD OF MADISON AREA TECHNICAL
COLLEGE DISTRICT and MADISON AREA
TECHNICAL COLLEGE - MADISON,

      Defendants.

---

**SPECIAL VERDICT DAMAGES**

---

We, the jury, for our special verdict, do find as follows:

QUESTION NO. 1: What amount of money, if any, will fairly and fully compensate Michael Dubin for the harm caused by defendants' retaliatory non-renewal of his employment contract?

ANSWER: $ _100,000.00_

QUESTION NO. 2: What sum of money will fairly compensate plaintiff, Michael Dubin, for any future lost earning capacity he sustained as the result of defendants' retaliatory non-renewal of his employment contract?

ANSWER: $ _1,000,000.00_

                                                              _/s/ Lora Laine_
                                                                    Presiding Juror

Madison, Wisconsin
Dated this __4__ day of May, 2011.