IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DR. MICHAEL J. DUBIN,

        Plaintiff,                                      ORDER

v.

                                                      10-cv-35-wmc

BOARD OF MADISON AREA TECHNICAL
COLLEGE DISTRICT and MADISON AREA
TECHNICAL COLLEGE-MADISON,

        Defendants.

---

Consistent with the jury's verdicts on liability and damages rendered this week, IT IS ORDERED that: (1) plaintiff shall submit a proposed judgment consistent with these verdicts and 42 U.S.C. § 1981a together with supporting materials not later than May 11, 2011; (2) defendants shall submit any alternative judgment together with supporting materials not later than May 18, 2011; (3) plaintiff shall submit any motion for attorney fees together with supporting documentation not later than June 3, 2011; (4) defendants shall have 15 days to respond; and (5) the parties shall have fourteen (14) days from the entry of judgment to file all post judgment motions.

        Entered this 5th day of May, 2011.

                                      BY THE COURT:

                                      /s/
                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge