IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. DUBIN,

    Plaintiff,

v.

BOARD OF MADISON AREA TECHNICAL
COLLEGE DISTRICT and MADISON AREA
TECHNICAL COLLEGE-MADISON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-35-wmc

    This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Michael J. Dubin and against defendants Board of Madison Area technical College District and Madison Area Technical College-Madison that:

1. As of August 1, 2011, Dr. Dubin shall be reinstated into his former position at Madison Area Technical College-Madison as a History Instructor as if he had not been terminated as of July 31, 2009. His reinstatement shall include all accrued and acquired seniority and status as well as all other rights, privileges and benefits of a non-probationary instructor under the current collective bargaining agreement between AFT Local 243 and Board of Madison Area Technical College-Madison.

2. Defendants Board of Madison Area Technical College District and Madison Area Technical College-Madison shall not retaliate against Dubin as a result of his past complaints of discrimination or the instant action.

3. Defendants shall expunge from Dubin's personnel file (and teaching record) any

   reference to non-renewal of his probationary teaching contract, except for absence records and student complaints that were not created by Veronica Delcourt and Gwen Torkelson.

4. Plaintiff is entitled to $255,000, plus pre-judgment interest for back wages and benefits on $115,000 covering the time period from August 1, 2009, until July 31, 2011, and $140,000 covering the time period from August 1, 2010 until July 31, 2011.

5. Plaintiff is also entitled to $300,000 for emotional and reputational injuries.

Approved as to form this 8th day of August, 2011.

_____
William M. Conley, District Judge

_____        8/8/11
Peter Oppeneer, Clerk of Court                Date