IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. DUBIN,

    Plaintiff,

v.

BOARD OF MADISON AREA
TECHNICAL COLLEGE DISTRICT,
and MADISON AREA TECHNICAL
COLLEGE-MADISON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-35-wmc

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered jointly and severally in favor of plaintiff and against defendants in the amount of $438,308.75 in fees and $16,307.97 in costs.

_____      12/19/11
Peter Oppeneer, Clerk of Court           Date